# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 20-1562

JUSTIN JAMES,

        Plaintiff - Appellant,

    v.

CITY OF FLORENCE; ARNOLD BURCH,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:18-cv-01857-SAL)

Submitted:  November 23, 2021          Decided:  November 29, 2021

Before NIEMEYER, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

J. Scott Kozacki, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellant.  Derwood L. Aydlette, III, Fred A. Williams, GIGNILLIAT, SAVITZ & BETTIS, L.L.P., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin James appeals the district court's order accepting the magistrate judge's recommendation to grant summary judgment in favor of Defendants on James' retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *See James v. City of Florence*, No. 4:18-cv-01857-SAL (D.S.C. Apr. 27, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*